ORIGINAL #300024628

FILED-USDC-NDTX-DA '26 JUN 23 AM11:15 MS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. BLOCKQUOTE, INC., | ) | 3-26CV2063-N |
| Plaintiff-Relator, | ) | Case No. ___________ **FILED UNDER SEAL** |
| v. | ) | |
| NEWT GLOBAL CONSULTING, LLC, | ) | SEALED |
| Defendant. | ) | |

## COMPLAINT AND DEMAND FOR JURY TRIAL

1. Relator Blockquote, Inc. ("Relator") brings this action on behalf of itself and the United States of America against defendant Newt Global Consulting, LLC for violations of the federal False Claims Act, 31 U.S.C. §§ 3729 *et seq*.

2. This action seeks to recover funds that were loaned to Defendant through the federal Government's Paycheck Protection Program ("PPP") and forgiven by the Government as a result of false applications.

3. Newt Global Consulting, LLC ("Newt Global") received Second Draw PPP loan forgiveness of more than $1.1 million.

4. Under the SBA's affiliation rules, the domestic company should have included both its own employees and those of its foreign affiliates when considering eligibility. Had it done so, it would have exceeded the 300-employee limit for Second Draw PPP funding.

5. Newt Global should be required to repay the loan, interest, and processing fee with penalties.

## JURISDICTION AND VENUE

6. This Court has jurisdiction over this action pursuant to 31 U.S.C. § 3732(a) and 28 U.S.C. §§ 1331, 1345.

7. Venue is proper in this district under 28 U.S.C. §§ 1391(b) and 31 U.S.C. § 3732(a), as the defendant can be found in this jurisdiction and violations of the False Claims Act described herein occurred in this district.

## PARTIES

8. Blockquote, Inc. is a company based in California that produces public interest research, news reporting and investigations.

9. Newt Global is a global IT and consulting company owned and operated by President and CEO Neeta Goel and her husband COO Satish Goel. Newt Global's principal office is located at 1300 W Walnut Hill Lane, Suite 230, Irving, TX 75063.

10. The Goels are also Directors and owners of Newt Global Future Ventures, LLC ("NGFV USA"), which has a principal address of 9001 Woodway Drive, Irving, TX 75063.

11. NGFV USA owns 99.9% of NGFV India Pvt Ltd. ("NGFV India") and Newt Global India Pvt Ltd. ("Newt Global India"), for both of which Satish Goel is listed as a Director.

12. Newt Global, NGFV USA, NGFV India, and Newt Global India are hereinafter collectively referred to as the "Newt Global entities."

## THE PAYCHECK PROTECTION PROGRAM

13. During the COVID-19 pandemic, Congress passed the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act"). Section 1102 of the CARES Act contains a program called the Paycheck Protection Program ("PPP"), a program administered by the U.S. Small Business Administration ("SBA") to provide economic relief to small businesses nationwide adversely impacted by the coronavirus pandemic.

14. Section 1102 of the CARES Act temporarily permitted SBA to guarantee 100% of the PPP loans. Section 1106 of the CARES Act provided for forgiveness of up to the full principal amount of qualifying loans guaranteed under the PPP.

15. The CARES Act gives lenders delegated authority to process loan applications for PPP funding. SBA allowed lenders to rely on certifications of the borrowers in order to determine eligibility of the borrower and use of loan proceeds, and to rely on specified documents provided by the borrower to determine qualifying loan amount, and eligibility for loan forgiveness.

16. The Economic Aid Act (P.L. 116-260, in the Consolidated Appropriations Act of 2021), authorized and funded a Second Draw PPP Loan program.

17. For Second Draw PPP Loans, lenders were compensated by the federal government via processing fees based on the balance of the financing outstanding at the time of final disbursement, in the amount of five (5) percent for loans of more than $50,000 and not more than $350,000, and in the amount of three (3) percent for loans above $350,000.

18. Each borrower certified on the Second Draw loan applications that they were eligible to receive the loans under the program guidelines and that their applications and supporting documentation were accurate.

19. Borrowers were later able to seek forgiveness of the loans if the funds were used for eligible payroll costs, payments on business mortgage interest payments, rent, or utilities during either the 8- or 24-week period after disbursement.

## FACTUAL ALLEGATIONS

20. Newt Global was approved for a First Draw PPP loan of $1,120,700 by Legacy Bank on April 28, 2020. It reported 67 jobs. The entire loan amount, including interest, was forgiven for a total of $1,132,063.

21. Newt Global was approved for a Second Draw PPP loan of $1,120,700 by Legacy Bank on Jan. 19, 2021. It reported 67 jobs. The entire loan amount, including interest, was forgiven for a total of $1,127,891.

22. When the PPP rules were first introduced, there was confusion regarding whether applicants with foreign affiliates were supposed to include

their employees or revenues when considering eligibility. On May 5, 2020, the SBA issued guidance in one of the program FAQs indicating that foreign employees were included in the affiliation count, and on May 21, 2020, an Interim Final Rule was published that again clarified that foreign employees were to be included. 85 Fed. Reg. 30835, 30836. However, because the rule had been previously unclear, the SBA exercised enforcement discretion to not find a borrower ineligible under this calculation including foreign employees if it applied for the PPP loan prior to May 5, 2020. *Id.* at 30837.

23. Newt Global was not eligible for the Second Draw loan because, when including the employees of its foreign affiliates, it exceeded the requisite size standard.

**A. Application of the Affiliation Rules to Foreign Entities**

24. When multiple entities are operated under common ownership or management, the SBA generally applies "affiliation rules" that require the various entities to consolidate their employee count when evaluating their loan eligibility.

25. Under the Interim Final Rule published and effective May 21, 2020, "Paycheck Protection Program—Treatment of Entities With Foreign Affiliates," the SBA clarified that:

> SBA's affiliation rules provide that in determining an entity's number of employees, employees of the entity "and all of its domestic and foreign affiliates" are included. As a result, in most

> cases, a borrower is considered together with its U.S. and foreign affiliates for purposes of determining eligibility for the PPP.... To provide further clarification of this methodology, SBA issued guidance on May 5, 2020 (FAQ 44) stating that an applicant must count all of its employees and the employees of its U.S. and foreign affiliates, absent a waiver of or an exception to the affiliation rules.

85 Fed. Reg. 30835, 30836.

26. The Interim Final Rule, Section I, concluded, unequivocally, that "If an applicant, together with its domestic and foreign affiliates, does not meet the 500-employee or other applicable PPP size standard, it is not eligible for a PPP loan." *Id.*

27. The Interim Final Rule repeated this requirement again in Section II:

> Therefore, to calculate the number of employees of an entity for purposes of determining eligibility for the PPP, an entity must include all employees of its domestic and foreign affiliates, except in those limited circumstances where the affiliation rules expressly do not apply to the entity. Any entity that, together with its domestic and foreign affiliates, does not meet the 500-employee or other applicable PPP size standard is therefore ineligible for a PPP loan.

*Id.* at 30836-37 (footnote omitted).

28. This foreign affiliation rule applied to all PPP loans applied for on or after May 5, 2020. *Id.*

29. The Second Draw PPP program adopted, in relevant part, these same affiliation rules, except that the employee count was reduced from 500 to 300, as was consistent with the change in the general eligibility requirements. 86 Fed. Reg. 3712, 3714-15 (January 12, 2021), codified in 13 C.F.R. § 121.

**B. Affiliation Rule Waiver Requirements**

30. To avoid application of the affiliation rules, Newt Global would have to meet one of three affiliation rule waiver requirements.

31. Pursuant to 86 FR 3712, 3714-15 (Jan. 14, 2021), the affiliation rules are waived under the PPP program for any of the following three reasons: (1) any business concern with less than 300 employees that, as of the date on which the loan is funded, is assigned a North American Industry Classification System (NAICS) code beginning with the digits 72; (2) any business concern operating as a franchise that is assigned a franchise identifier code by the U.S. SBA; and (3) any business concern that "receives financial assistance from a company licensed under section 301 of the Small Business Investment Act of 1958," *i.e.*, a "small business investment company." "Financial assistance" includes any type of financing listed in 13 C.F.R. § 107.50, including loans and equity. Paragraph 7(a)(36)(D)(iv) of the Small Business Act (15 U.S.C. 636(a)(36)(D)(iv)).

32. Upon information and belief, none of these waivers apply. Newt Global was not assigned a NAICS code for a food and beverage business, nor has it been assigned a franchise identifier code. Relator has also not found any evidence that Newt Global received SBIC lending.

**C. Newt Global was Affiliated with the Foreign Entities**

33. Under the SBA's PPP Affiliation Rules: "Concerns and entities are

affiliates of each other when one controls or has the power to control the other, or a third party or parties controls or has the power to control both. It does not matter whether control is exercised, so long as the power to control exists."

34. The "affiliation based on ownership" test states that:

> For determining affiliation based on equity ownership, a concern is an affiliate of an individual, concern, or entity that owns or has the power to control more than 50 percent of the concern's voting equity. If no individual, concern, or entity is found to control, SBA will deem the Board of Directors or President or Chief Executive Officer (CEO) (or other officers, managing members, or partners who control the management of the concern) to be in control of the concern.

35. The "affiliation based on management" test states that:

> Affiliation arises where the CEO or President of the applicant concern (or other officers, managing members, or partners who control the management of the concern) also controls the management of one or more other concerns. Affiliation also arises where a single individual, concern, or entity that controls the Board of Directors or management of one concern also controls the Board of Directors or management of one of more other concerns. Affiliation also arises where a single individual, concern or entity controls the management of the applicant concern through a management agreement.

36. Moreover, the "identity of interest" test extends the ownership and management tests to companies owned or operated by spouses:

> Affiliation arises when there is an identity of interest between close relatives, as defined in 13 CFR 120.10, with identical or substantially[] identical business or economic interests (such as where the close relatives operate concerns in the same or similar industry in the same geographic area).

37. Here, all four Newt Global entities are affiliated because they are ultimately owned and operated by the Goels.

38. NGFV USA is affiliated with NGFV India and Newt Global India as their parent company.

39. NGFV USA and Newt Global are affiliated via common ownership by the Goels.

40. Further, all of the companies are affiliated via common management. Satish Goel is a director of all four entities, and his is a director of both NGFV USA and Newt Global.

41. As explained on Newt Global's website at the time of the PPP loans, the United States and India operations are collectively a single enterprise: "Our corporate headquarters is located in Las Colinas, Texas, a bustling business district in the heart of the Dallas/Fort Worth metroplex, with easy access to some of the nation's most prestigious companies. In India we are located in the heart of the Chennai & Bangalore having significant offshore delivery centers of excellence."[1] It also identified the Texas location as the company's "Global HQ."

**D. Application of the Eligibility Test**

42. On its First Draw loan application, Newt Global reported 67 jobs. On

---

[1] https://web.archive.org/web/20200925232125/https://newtglobal.com/company/

its Second Draw loan application, Newt Global again reported 67 jobs.

43. NGFV India and Newt Global India were required to report pension data from which Relator has reverse-engineered estimates of their total employee counts.

44. Based on this self-reported data, Relator estimates that Newt Global India had approximately 370-585 employees in FY 2019 (ending March 31, 2019), 255-407 employees in FY 2020, and 229-368 employees in FY 2021.

45. Relator estimates that NGFV India had approximately 35-40 employees in FY 2019 (ending March 31, 2019), 48-55 employees in FY 2020, and 25-28 employees in FY 2021.

46. Thus, using the most conservative estimates from FY 2021 results in the Indian affiliates employing 280 employees. While Newt Global may not have had 67 jobs, it is unlikely that the company reduced its workforce to just 20 employees. In September 2020, the company website listed 17 officers, VPs, and AVPs.[2]

47. Accordingly, upon information and belief, at all relevant times, Newt Global and its affiliates collectively exceeded 300 employees, and so Newt Global was not eligible for its Second Draw loan.

---

[2] https://web.archive.org/web/20200925232125/https://newtglobal.com/company/

## FALSE CERTIFICATIONS

48. The Second Draw PPP Borrower Application Form required the applicant to certify in good faith that, *inter alia*:

a. The Applicant is eligible to receive a loan under the rules in effect at the time this application is submitted that have been issued by the Small Business Administration (SBA) and the Department of the Treasury (Treasury) implementing Second Draw Paycheck Protection Program Loans under Division A, Title I of the Coronavirus Aid, Relief, and Economic Security Act (CARES Act) and the Economic Aid to Hard-Hit Small Businesses, Nonprofits, and Venues Act (the Paycheck Protection Program Rules).

b. The Applicant, together with its affiliates (if applicable)... employs no more than 300 employees...

49. The loan application also required applicants to report "Number of Employees (including affiliates, if applicable; may not exceed 300 unless "per location" exception applies)."

50. Newt Global had to make these certifications and statements when applying for the Second Draw PPP loan. They were false when made because it failed to adequately disclose the employees of its foreign affiliates.

## CONCLUSION

51. Newt Global was not eligible for the Second Draw funding because, including employees of foreign affiliates, it exceeded the 300-employee limitation. It should be required to repay the Second Draw PPP loan and interest that was forgiven by the federal government, plus processing fees

and penalties.

**COUNT I**
**VIOLATIONS OF 31 U.S.C. § 3729**
**FALSE CLAIMS ACT**

52. Relator hereby incorporates and realleges all other paragraphs as if fully set forth herein.

53. As set forth above, Defendant knowingly presented or caused to be presented false or fraudulent claims for payment or approval, in violation of 31 U.S.C. § 3729(a)(1)(A).

54. As set forth above, Defendant knowingly made, used, or caused to be made or used, false records or statements material to numerous false claims, in violation of the False Claims Act, 31 U.S.C. § 3729(a)(1)(B).

55. As set forth above, Defendant knowingly made, used, or caused to be made or used a false record or statement material to an obligation to pay or transmit money or property to the Government, or knowingly concealed or knowingly and improperly avoided or decreased an obligation to pay or transmit money or property to the Government, in violation of the False Claims Act, 31 U.S.C. § 3729(a)(1)(G).

56. Due to Defendant's conduct, the United States Government has suffered substantial monetary damages and is entitled to recover treble damages and a civil penalty for each false claim, record, or statement. 31 U.S.C. § 3729.

57. Relator is entitled to reasonable attorneys' fees, costs, and expenses. 31 U.S.C. § 3730(d)(1).

## PRAYER FOR RELIEF

WHEREFORE, Relator prays for judgment against Defendant:

(a) awarding the United States treble damages sustained by it for each of the false claims;

(b) awarding the United States a maximum civil penalty for each of the false claims and statements;

(c) awarding Relator the maximum relator's share of the proceeds of this action and any alternate remedy or the settlement of any such claim;

(d) awarding Relator litigation costs and reasonable attorneys' fees and expenses; and

(e) granting such other relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Relator hereby respectfully demands trial by jury on all issues and counts triable as of right before a jury.

Respectfully submitted,

Caitlyn E. Silhan
Texas Bar No. 24072879
Charles S. Siegel
Texas Bar No. 18341875

Waters Kraus Paul & Siegel
3141 Hood Street, Suite 700
Dallas, TX 75219
Telephone: (214) 377-5452
Fax: (214) 357-7252
csilhan@waterskraus.com
siegel@waterskraus.com

Jason Marcus (*pro hac vice* forthcoming)
Georgia Bar No. 949698
**Bracker & Marcus LLC**
3355 Lenox Road, Suite 660
Atlanta, Georgia 30326
Telephone: (770) 988-5035
Facsimile: (678) 648-5544
Jason@fcacounsel.com

ORIGINAL

RECEIVED
JUN 2 3 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

JS 44 (Rev. 10/20) - TXND (10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

SEALED

**(b)** County of Residence of First Listed Plaintiff ____________
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Waters Kraus Paul & Siegel; 3141 Hood Street, Suite 700; Dallas, TX 75219; (214) 377 5452

**DEFENDANTS**

SEALED

County of Residence of First Listed Defendant Dallas
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

3-26CV2063-N

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)* Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☒ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit (15 USC 1681 or 1692)
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing ***(Do not cite jurisdictional statutes unless diversity)***:
31 U.S.C. 3729-33

Brief description of cause:
False Claims Act; PPP loan fraud

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*: JUDGE ____________ DOCKET NUMBER ____________

DATE 06/23/2026

SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**

RECEIPT # ________ AMOUNT ________ APPLYING IFP ________ JUDGE ________ MAG. JUDGE ________